UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KAKOWSKI, | No. 2:16-cv-2549 JAM AC P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

On March 3, 2020, counsel for sole defendant Fuhrman[1] filed a "Notice of Settlement" informing the court that the parties had "reached a tentative settlement in this case" and would advise the court "[o]nce a fully executed settlement agreement is finalized;" defense counsel "anticipate[d] filing a Stipulation for Dismissal within 30 days." ECF No. 48. Based on this representation, the court vacated a scheduled settlement conference. ECF No. 49. Thereafter plaintiff filed a statement acknowledging that the parties had reached a settlement agreement. ECF No. 50. However, more 30 days have passed since the parties submitted their notices of settlement, without dispositional documents being file. Defense counsel will be directed to

---

[1] Defense counsel informed the court in defendant's answer that defendant Firman had erroneously been sued herein as "Fuhrman." ECF No. 39 at 1. The undersigned directed the Clerk of Court to correct the spelling of defendant's name on the docket, ECF No. 41 at 1, 3, which was completed. However, the Notice of Settlement references defendant "Fuhrman." ECF No. 48.

1

submit a stipulation of dismissal or show cause why such stipulation cannot be submitted at this time. If the parties no longer agree on the terms for resolving this case, the court will schedule a new settlement conference.

Accordingly, IT IS HEREBY ORDERED that, within twenty-one (21) days after the filing date of this order, defense counsel shall:  (1) submit a stipulation of dismissal of this case pursuant to Rule 41(a)(1)(ii), OR (2) show cause why such stipulation cannot be submitted at this time.

DATED: April 29, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE