1 LONGYEAR & LAVRA, LLP
Van Longyear, CSB No.: 84189
2 Nicole M. Cahill, CSB No.: 287165
3620 American River Drive, Suite 230
3 Sacramento, CA 95864
Phone: 916-974-8500
4 Facsimile: 916-974-8510

5 Attorneys for Defendant, Deputy Firman
("erroneously sued herein as Deputy Fuhrman")
6

7 **UNITED STATES DISTRICT COURT**

8 **EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION**

9

10 BRIAN KAKOWSKI,                                 ) Case No.: 2:16-CV-02549-JAM-AC
                                                 )
11         Plaintiff,                            ) **STIPULATION FOR VOLUNTARY**
                                                 ) **DISMISSAL AND ORDER**
12 vs.                                           )
                                                 )
13 COUNTY OF SACRAMENTO, SHERIFF                 )
   SCOTT JONES, DEPUTY FUHRMAN AND )
14 DEPUTY GREENE.                                )
                                                 )
15         Defendants.                           )
                                                 )

16

17     Plaintiff Brian Kakowski and Defendant Deputy Firman resolved this case in its entirety.

18 Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of

19 Civil Procedure 41(a)(1)(A)(ii).

20     Each party shall bear its own litigation costs and attorney's fees.

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1    It is so stipulated.

2    Dated: May 18, 2020                          LONGYEAR & LAVRA, LLP

3

4                                                 By:____/s/_____

5                                                         VAN LONGYEAR
                                                          NICOLE M. CAHILL
6                                                         Attorneys for Defendant, Deputy Firman

7    Dated: April 20, 2020

8                                                 By:___/s/_____.

9                                                         Brian Kakowski
                                                          Plaintiff *in pro per*
10

11
                                                  **ORDER**
12

13        IT IS SO ORDERED:

14

15   Dated:  5/18/2020                            /s/ John A. Mendez_____  _____

16                                                JUDGE OF THE U.S. DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28